AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*     DISTRICT OF   NEVADA

LAURIE BOLLINGER,

      Plaintiff,     JUDGMENT IN A CIVIL CASE
V.

      CASE NUMBER: **3:06-cv-00392-LRH-VPC**

JOHN LILLY, et al.,

      Defendants.

\_\_\_   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_\_\_   **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

 **X**   **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

      **IT IS ORDERED AND ADJUDGED** that Defendants' (#32) Motion for Summary Judgment is GRANTED.

  February 15, 2008                                          **LANCE S. WILSON**
                                                                                 Clerk

                                                                           /s/ Kalani Lizares
                                                                           Deputy Clerk